[No. 31252-6-III. Division Three. April 15, 2014.]

*In the Matter of the Detention of* JAMES McMAHAN.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-01961-1, Jerome J. Leveque, J., entered November 7, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, J., and Sperline, J. Pro Tem.

[No. 31472-3-III. Division Three. April 15, 2014.]

MICHAEL SCOTT MACLAY, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-02648-8, Annette S. Plese, J., entered February 6, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 30985-1-III. Division Three. April 17, 2014.]

*In the Matter of the Guardianship of* KENYON CORNELIUS.

Appeal from a judgment of the Superior Court for Whitman County, No. 88-4-00113-3, David Frazier, J., entered June 15, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ. Now published at 181 Wn. App. 513.

[No. 31073-6-III. Division Three. April 17, 2014.]

*In the Matter of the Marriage of* GENE EDWARD WELTON, *Appellant*, and MARINA LEE MARTIN WELTON, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-3-00159-4, Ted W. Small, J., entered August 13, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.